UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY LITTLE, JR., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C17-5474-RBL-JPD <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

Based upon the unopposed motion of defendant, Dkt. 10, as well as the declaration of Franco L. Becia, Dkt. 11, it is hereby ORDERED that the motion is GRANTED. Accordingly, defendant's answer to plaintiff's complaint shall be due on or before November 2, 2017.

DATED this 3rd day of October, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1