UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY LITTLE, JR., | Case No. C17-5474-RBL |
| Plaintiff, | ORDER REMANDING CASE PURSUANT TO SENTENCE SIX |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts and approves the Report and Recommendation.

(2) This case is REMANDED to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 15th day of November, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1