UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY LITTLE, JR,

           Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C17-5474 RSM

**ORDER REOPENING CASE**

Pursuant to the parties' stipulated motion (Dkt. 19), the Court hereby ORDERS that this matter is reopened. Defendant shall file the certified administrative record within thirty (30) days of this order.

DATED this 5th day of December, 2023.

Ricardo S. Martinez
United States District Judge

ORDER REOPENING CASE - 1