UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LITTLE, JR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C17-5474 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 18, 2024, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including April 1, 2024, to file a reply brief.

DATED this 14th day of February, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1